IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In the Matter of: Dennis C. Hammel,

                                          ORDER

        Plaintiff,

                                       08-cv-330-slc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Hammel has filed a request that I reconsider the June 10, 2008 decision to close this case, in which plaintiff sought a federal protection order and an investigation into what he calls "hate crimes" on the part of Pepin County and Wisconsin Circuit Court employees (Dkt. #5). It is clear from plaintiff's original filing and his recent request for reconsideration that he is angry and upset at the manner in which his deceased mother's estate has been administered. No matter how vehemently plaintiff argues the matter, however, his complaint is not properly heard in this court. This court has no power to issue a federal protection order or conduct an investigation into the wrongdoing he wants to uncover. Therefore, plaintiff's motion for reconsideration of the June 10, 2008 decision to

1

close his case is DENIED.

    Entered this 3rd day of July, 2008.

                              BY THE COURT:

                              */s/ Barbara B. Crabb*

                              BARBARA B. CRABB
                              District Judge